**DISMISS and Opinion Filed July 16, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00356-CV

**SUAD ZAINAB BAHSOON, Appellant**

**V.**

**AH4RI TX DFW, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01089-E**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellee's June 17, 2013 motion to dismiss the appeal for want of prosecution. On May 15, 2013, the Court sent appellant a post-card notice informing her that her brief was past due. We instructed appellant to file, within ten days, both her appellate brief and an extension motion. We cautioned appellant that failure to file a brief and extension motion within the time requested would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

As of today's date, appellant has not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b) & (c).


/David L. Bridges/
DAVID L. BRIDGES
130356F.P05                                            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SUAD ZAINAB BAHSOON, Appellant

No. 05-13-00356-CV     V.

AH4RI TX DFW, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas.
Trial Court Cause No. CC-13-01089-E.
Opinion delivered by Justice Bridges.
Justices Moseley and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, AH4RI TX DFW, LLC, recover its costs of this appeal from appellant, SUAD ZAINAB BAHSOON.

Judgment entered July 16, 2013

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE

–2–